

# Fourth Court of Appeals

## San Antonio, Texas

## SUPPLEMENTAL OPINION

No. 04-24-00553-CV

Jonathan Paul **JONES**,
Appellant

v.

Raquel **HATCH** and James McCowan, Jr., Individually, and as Representatives of the Estate of
Taylor McCowan,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-02447
Honorable Rosie Alvarado, Judge Presiding

Opinion by:    Adrian A. Spears II, Justice

Sitting:    Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Adrian A. Spears II, Justice

Delivered and Filed: April 29, 2026

REVERSED AND RENDERED IN PART, AFFIRMED IN PART AS MODIFIED

On April 1, 2026, we issued our original opinion in this case, reversing the parts of the trial

court's judgment awarding appellees Raquel Hatch and James McCowan Jr. damages for

pecuniary losses in the amount of $1,300,000.00 each and rendering judgment that Hatch and

McCowan take nothing on these claims. As to the other actual damages awarded, our original

opinion suggested remittiturs for Hatch and McCowan, individually, and as representatives of the

estate of Taylor McCowan. We explained that if appellees filed notices of remittitur within twenty days from the date of our original opinion, we would modify the trial court's judgment accordingly. We suggested the following remittiturs: (1) as to Hatch, individually, a remittitur in the amount of $11,500,000.00 plus related prejudgment interest; (2) as to McCowan, individually, a remittitur in the amount of $11,500,000.00 plus related prejudgment interest; and (3) as to Hatch and McCowan, as representatives of the estate of Taylor McCowan, a remittitur in the amount of $18,000,000.00 plus related prejudgment interest. Appellees timely filed notices accepting the suggested remittiturs.

In accordance with our original opinion and appellees' notices accepting the remittiturs, we modify the parts of the trial court's judgment awarding actual damages to reflect that: (1) Hatch, individually, shall recover actual damages from appellant Jonathan Paul Jones in the amount of $9,500,000.00, plus prejudgment interest calculated on the past actual damages award of $5,500,000.00 at the annual rate of 8.50% as of June 17, 2024; (2) McCowan, individually, shall recover actual damages from Jones in the amount of $9,500,000.00, plus prejudgment interest calculated on the past actual damages award of $5,500,000.00 at the annual rate of 8.50% as of June 17, 2024; and (3) Hatch and McCowan, as representatives of the estate of Taylor McCowan, shall recover actual damages from Jones in the amount of $6,000,000.00, plus prejudgment interest calculated on the past actual damages award of $6,000,000.00 at the annual rate of 8.50% as of June 17, 2024. As modified, these parts of the trial court's judgment are affirmed.

We affirm the remainder of the trial court's judgment. Our original opinion remains in effect.

Adrian A. Spears II, Justice